Form oxtfsched

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

In Re: Vivian E Minter                                                                 Case No.: 14−04147

Debtor(s)

## ORDER EXTENDING TIME TO FILE SCHEDULES

This matter is before the Court on Debtor's motion for extension of time to file schedules. The Court believes the motion should be granted.

It is ORDERED that the motion for extension of time to file schedules is GRANTED and the schedules are to be filed on or before 1/20/15 .


Dated:   1/6/15

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM S. SHULMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Southern District of Alabama
In re:                                                         Case No. 14-04147-WSS
Vivian E Minter                                                Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 1128-1           User: denny                 Page 1 of 1                   Date Rcvd: Jan 06, 2015
                               Form ID: oextddl            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2015.
db            +Vivian E Minter,    308 S. Warren Street,    Mobile, AL 36603-1827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2015 at the address(es) listed below:
              Daniel B. O'Brien    cperry@ch13mob.com,    cdownload@ch13mob.com
              William C. Poole    on behalf of Debtor Vivian E Minter debbie_presley@bellsouth.net,
               william_poole@bellsouth.net;lynn_kendrick@bellsouth.net;lori_kendrick@bellsouth.net
                                                                                             TOTAL: 2